UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT GRAZIOSO, as Executor of the
Estate of EMILIO P. GRAZIOSO; and
JOSEPHINE GRAZIOSO, INDIVIDUALLY,

   Plaintiffs,

v.

RAPID-AMERICAN CORPORATION,
ET AL.,

   Defendants.

NO. 05-CV-11149

## ACKNOWLEDGEMENT OF SERVICE OF RAPID-AMERICAN CORPORATION

The defendant, Rapid-American Corporation, hereby acknowledges receipt of a summons and a copy of the plaintiffs' complaint in this action.

The defendant adopts the Model Cross-Claim of Defendants.

The defendant demands a trial by jury on all issues brought by or against it in this action.

RAPID-AMERICAN CORPORATION,

By its Attorney,

*Barbara S. Hamelburg*
_____
Barbara S. Hamelburg, BBO#218670
Foley Hoag, LLP
155 Seaport Boulevard
Boston, MA 02110
(617) 832-1000

Date: July 28, 2005

B3072752.1

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2005, I served the foregoing document via first class mail to plaintiff counsel and to all defense counsel of record.

_____
Barbara S. Hamelburg