# UNITED STATES DISTRICT COURT

_____ District of _____

ROBERT GRAZIOSO, as Executor of the Estate of
EMILIO P. GRAZIOSO; and JOSEPHINE GRAZIOSO,
Individually

V.

METROPOLITAN LIFE INSURANCE COMPANY, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-11149

TO: (Name and address of Defendant)

### METROPOLITAN LIFE INSURANCE COMPANY

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Zoran Malesevic, Esq.
THORNTON & NAUMES, LLP
100 Summer Street, 30th floor
Boston, MA 02110

an answer to the complaint which is herewith served upon you, within _____ twenty (20) ___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

DATE: JUN - 3 2005

CLERK

(By) DEPUTY CLERK

OFFICER'S RETURN

SUFFOLK SS.                    BOSTON                    DATE: Jul.7,2005

I, THE UNDERSIGNED, A CONSTABLE PERMITTED TO MAKE SERVICE OF PROCESS UNDER THE LAWS OF THIS COMMONWEALTH, DO HEREBY MAKE OATH AND SAY THAT ON **Jul.7,2005**

I NOTIFIED THE WITHIN NAMED DEFENDANT:

**Metropolitan Life
Insurance Company
1 Madison Avenue
New York, NY 10010**

BY MAILING TO THEM BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED, TRUE COPIES OF THE SUMMONS, COMPLAINT, CIVIL ACTION COVER SHEET, AND TRACKING ORDER DATED _____ TO THE ABOVE NAMED ADDRESS AND THE RECEIPT OF WHICH IS AFFIXED HERETO.

SERVICE FEE:      $20.00
MAILING FEE:      $5.95

_____
Joseph P. Butler Jr.
RULE 4-C PROCESS SERVER

SUFFOLK SS.                    BOSTON, MA
SUBSCRIBED AND SWORN TO BEFORE A
NOTARY PUBLIC ON **Jul.7,2005**

_____
Joseph P. Butler
My Commission Expires
April 9, 2010

