# UNITED STATES DISTRICT COURT

District of _____

ROBERT GRAZIOSO, as Executor of the Estate of
EMILIO P. GRAZIOSO; and JOSEPHINE GRAZIOSO,
Individually

V.

METROPOLITAN LIFE INSURANCE COMPANY, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-11149

TO: (Name and address of Defendant)

## INGERSOLL-RAND COMPANY

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Zoran Malesevic, Esq.
THORNTON & NAUMES, LLP
100 Summer Street, 30th floor
Boston, MA  02110

an answer to the complaint which is herewith served upon you, within \_\_\_\_\_twenty (20)\_\_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

JUN - 3 2005

DATE

OFFICER'S RETURN

SUFFOLK SS.                BOSTON                DATE: **Jul.8,2005**

I, THE UNDERSIGNED, A CONSTABLE PERMITTED TO MAKE SERVICE OF PROCESS UNDER THE LAWS OF THIS COMMONWEALTH, DO HEREBY MAKE OATH AND SAY THAT ON **Jul.8,2005**

I NOTIFIED THE WITHIN NAMED:

**CT CORPORATION**
**101 Federal Street**
**Boston, MA  02110**

IN SERVICE FOR THE DEFENDANT:

**INGERSOLL-RAND**

BY GIVING IN HAND TO THE AGENT IN CHARGE OF BUSINESS:

**Gail Brown**

TRUE COPIES OF THE SUMMONS, COMPLAINT, CIVIL ACTION COVER SHEET, AND

TRACKING ORDER DATED: _____

I DECLARE UNDER THE PENALTY OF PERJURY OF THE LAWS OF THIS COMMONWEALTH THAT THE FOREGOING INFORMATION AND STATEMENT OF SERVICE IS TRUE AND CORRECT.

SERVICE FEE:  $20.00

Joseph P. Butler, Jr.
RULE 4-C PROCESS SERVER