# UNITED STATES DISTRICT COURT

District of _____

ROBERT GRAZIOSO, as Executor of the Estate of
EMILIO P. GRAZIOSO; and JOSEPHINE GRAZIOSO,
Individually

V.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **05 - 11149**

METROPOLITAN LIFE INSURANCE COMPANY, et al.

TO: (Name and address of Defendant)

**BAYER CROPSCIENCE, INC. f/k/a AMCHEM PRODUCTS, INC.**

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Zoran Malesevic, Esq.
THORNTON & NAUMES, LLP
100 Summer Street, 30th floor
Boston, MA 02110

an answer to the complaint which is herewith served upon you, within _____ twenty (20) \_\_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON
CLERK

(By) DEPUTY CLERK

DATE: JUN - 3 2005

OFFICER'S RETURN

SUFFOLK SS.                    BOSTON                    DATE: Jul.7,2005

I, THE UNDERSIGNED, A CONSTABLE PERMITTED TO MAKE SERVICE OF PROCESS UNDER THE LAWS OF THIS COMMONWEALTH, DO HEREBY MAKE OATH AND SAY THAT ON Jul.7,2005

I NOTIFIED THE WITHIN NAMED DEFENDANT:
**BAYER CROPSCIENCE, INC. f/k/a AMCHEM PRODUCTS, INC**
c/o An Officer or Agent in Charge
CN-7500
Cranberry, NJ   08512

BY MAILING TO THEM BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED, TRUE COPIES OF THE SUMMONS, COMPLAINT, CIVIL ACTION COVER SHEET, AND TRACKING ORDER DATED _____ TO THE ABOVE NAMED ADDRESS AND THE RECEIPT OF WHICH IS AFFIXED HERETO.

SERVICE FEE:       $20.00
MAILING FEE:       $5.95

_Joseph P. Butler Jr._
Joseph P. Butler Jr.
Rule 4-C Process Server

SERVICE WAS RETURNED TO OUR OFFICE BY THE POST OFFICE ON 7-11-05 MARKED: ATTEMPTED NOT KNOWN

SUFFOLK SS.                    BOSTON, MA
SUBSCRIBED AND SWORN TO BEFORE A
NOTARY PUBLIC ON September 9, 2005

Joseph P. Butler
My Commission Expires
April 9, 2010

OFFICER'S RETURN

SUFFOLK SS.                    BOSTON                    DATE: Jul. 22, 2005

I, THE UNDERSIGNED, A CONSTABLE PERMITTED TO MAKE SERVICE OF PROCESS UNDER THE LAWS OF THIS COMMONWEALTH, DO HEREBY MAKE OATH AND SAY THAT ON Jul. 22, 2005

I NOTIFIED THE WITHIN NAMED DEFENDANT:

**Bayer CropScience**
**600 Madison Avenue**
**New York, NY 10022**

BY MAILING TO THEM BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED, TRUE COPIES OF THE SUMMONS, COMPLAINT, CIVIL ACTION COVER SHEET, AND TRACKING ORDER DATED _____ TO THE ABOVE NAMED ADDRESS AND THE RECEIPT OF WHICH IS AFFIXED HERETO.

SERVICE FEE:      $20.00
MAILING FEE:      $5.95

*Joseph P. Butler*

Joseph P. Butler Jr.

Rule 4-C Process Server

SERVICE WAS RETURNED TO OUR OFFICE BY THE POST OFFICE ON 8-13-05 MARKED: ATTEMPTED NOT KNOWN

SUFFOLK SS.                    BOSTON, MA

SUBSCRIBED AND SWORN TO BEFORE A NOTARY PUBLIC ON Jul. 22, 2005

*[signature]*

Joseph P. Butler
My Commission Expires
April 9, 2010

OFFICER'S RETURN

SUFFOLK SS.                    BOSTON                    DATE: Aug. 19, 2005

I, THE UNDERSIGNED, A CONSTABLE PERMITTED TO MAKE SERVICE OF PROCESS UNDER THE LAWS OF THIS COMMONWEALTH, DO HEREBY MAKE OATH AND SAY THAT ON **Aug. 19, 2005**

I NOTIFIED THE WITHIN NAMED DEFENDANT:

**Bayer CropScience, as Successor to AmChem, Inc.
2 T.W. Alexander Drive
Research Triangle Park, NC 27709**

BY MAILING TO THEM BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED, TRUE COPIES OF THE SUMMONS, COMPLAINT, CIVIL ACTION COVER SHEET, AND TRACKING ORDER DATED _____ TO THE ABOVE NAMED ADDRESS AND THE RECEIPT OF WHICH IS AFFIXED HERETO.

SERVICE FEE:    $20.00
MAILING FEE:    $5.95

*Joseph P. Butler Jr.*

Joseph P. Butler Jr.

Rule 4-C Process Server


SUFFOLK SS.                    BOSTON, MA

SUBSCRIBED AND SWORN TO BEFORE A

NOTARY PUBLIC ON **Aug. 19, 2005**

_____
Joseph P. Butler
My Commission Expires
April 9, 2010