IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  ASBESTOS PRODUCTS LIABILTY
        LITIGATION (NO. VI)                     Civil Action No. MDL 875

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT GRAZIOSO, As Executor of The Estate of Emilio P. Grazioso; and JOSEPHINE GRAZIOSO, Individually,<br><br>Plaintiffs<br><br>v.<br><br>SELBY, BATTERSBY & COMPANY, et al.,<br><br>Defendants | Civil Action No. 05-11149<br><br>JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE AND
## ANSWER OF SELBY, BATTERSBY & COMPANY TO COMPLAINT

In accordance with the Order, as amended, entered by the Honorable Charles R. Weiner on August 20, 1986, In Re Asbestos Litigation, Misc. Docket No. 96-0457 (E.D. PA), this document serves as both an Entry of Appearance and Answer to Plaintiffs' Complaint, and allegations in or incorporated into Plaintiffs' Complaint are deemed denied.  This also serves to incorporate by reference the Asbestos Defendants' Master Affirmative Defenses, including any amendments and supplements thereto, model cross-claims and answers to cross-claims.

**TO THE CLERK:**   Kindly entry my appearance on behalf of Selby, Battersby & Company.

_____
Susan A. Jackson, #248910
50 Congress Street, Suite 300
Boston, MA  02109
(617) 523-8200

DATED: 9-7-05

## CERTIFICATE OF SERVICE

I hereby certify that I served the above document upon counsel of record by mailing a copy thereof by first class mail postage pre-paid this 8th day of September 2005.

_____
Susan A. Jackson