UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 05-11149

| | |
|---|---|
| ROBERT GRAZIOSO, as Executor of the Estate of EMILIO P. GRAZIOSO, and JOSEPHINE GAZIOSO, Individually<br><br>Plaintiffs,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE CO., ET AL.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Kindly enter our appearance as counsel for the Defendant, Hopeman Brothers, Inc., with respect to the above-captioned matter.

Respectfully submitted,

The Defendant,
Hopeman Brothers, Inc.,
By its attorneys,

_____
Mark B. LaVoie, BBO# 553204
John J. Conforti, BBO# 657694
McDonough, Hacking, & Lavoie, LLC
6 Beacon Street, Suite 815
Boston, MA 02108
(617) 367-0808

**CERTIFICATE OF SERVICE**
I hereby certify that I served a copy of the foregoing pleading on all parties by electronic service, to all counsel of record.
Signed under the pains and penalties of perjury.
DATED: _____
September 29, 2005