IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY:
LITIGATION (NO. VI)

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\- :

This Document Relates To:

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\- : CIVIL ACTION NO. MDL 875

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ROBERT GRAZIOSO, as Executor of the Estate of        :
EMILIO P. GRAZIOSO; and JOSEPHINE GRAZIOSO, Individually :
                                                     :
v.                                                   : C.A. No. 05-11149
                                                     :
METROPOLITAN LIFE INSURANCE COMPANY, et al.          :

### ENTRY OF APPEARANCE

The undersigned hereby enter their appearance on behalf of Bayer CropScience, Inc., incorrectly sued herein as Amchem Products, Inc., in the above-captioned matter.

DEFENDANT,
Bayer CropScience, Inc.

By its Attorneys,

MARK O. DENEHY, ESQ. (#3492)
VICTORIA M. ALMEIDA, ESQ. (#1755)
R. BART TOTTEN, ESQ. (#5095)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Tel: (401) 274-7200
Fax: (401) 351-4607
Dated: 9-26-05

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed on _Sept. 26_, 2005, to attorney for plaintiff:

Thornton & Naumes, LLP
100 Summer Street, 30th Floor
Boston, MA  02110

*[signature]*

*21841_1.doc*