UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT GRAZIOSO as Executor of the Estate of EMILIO P. GRAZIOSO; and JOSEPHINE GRAZIOSO, Individually,<br><br>    Plaintiffs,<br>v.<br>METROPOLITAN LIFE INSURANCE COMPANY, et al.,<br>    Defendants. | Civil Action No.: 1:05-cv-11149-UA |

**NOTICE OF FILING OF TAG-ALONG NOTICE**

NOTICE IS HEREBY GIVEN that, pursuant to 28 U.S.C. § 1407, defendants Liaison Counsel filed the attached notice of tag-along and supporting documents with the Judicial Panel on Multidistrict Litigation on February 14th, 2007.  See Notice of Tag-Along Action, a true and correct copy of which is attached hereto as Exhibit A.

                                  Respectfully submitted


                                  /s/ Kyle E. Bjornlund
                                  Kyle E. Bjornlund
                                  BBO# 663909
                                  CETRULO & CAPONE LLP
                                  Two Seaport Lane
                                  Boston, MA  02210
                                  (617)217-5500
Date:    February 14th, 2007

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 14th day of February, 2007, I caused a true copy of the within Notice of Tag-Along Action to be served on all counsel of record via CM/ECF:

                                  /s/ Kyle E. Bjornlund
                                  Kyle E. Bjornlund

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS LITIGATION
(NO. VI)

THIS DOCUMENT RELATES TO                    CIVIL ACTION NO. MDL 875

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT GRAZIOSO as Executor of the Estate of EMILIO P. GRAZIOSO; and JOSEPHINE GRAZIOSO, Individually,<br><br>          Plaintiffs,<br>v.<br>METROPOLITAN LIFE INSURANCE COMPANY, et al.,<br>          Defendants. | Civil Action No.: 1:05-cv-11149-UA |

**NOTICE OF TAG-ALONG ACTION**

PLEASE TAKE NOTICE THAT on July 29, 1991, the Judicial Panel on Multidistrict Litigation entered an order transferring all asbestos cases pending in federal court to the United States District Court, Eastern District of Pennsylvania, for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407 ("MDL Transfer Order"). That order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 17, 1991 filing of the Panel's Order to Show Cause. MDL Rule 7.5(e) provides:

> Any party or counsel in actions previously transferred under Section 1407 or under consideration by the Panel for transfer under Section 1407 shall notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

The undersigned hereby notifies the Court that this case is a potential "tag-along action" which may be subject to transfer to the Eastern District of Pennsylvania. The Clerk of the Panel may either: 1) enter a conditional transfer order pursuant to MDL Rule 7.4(a), or 2) file an order to show cause why the action should not be transferred, pursuant to MDL Rule 7.3(a).

Respectfully submitted,

By: */s/ Lawrence G. Cetrulo/*
Lawrence G. Cetrulo
BBO # 080000
CETRULO & CAPONE LLP
Two Seaport Lane
Boston, MA 02210
(617) 217-5500

Dated: February 14, 2007

Mailed to:  Michael J. Beck
Clerk of the Panel
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE
Room G-255, North Lobby
Washington, DC 20002-8004

### CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of February, 2007, I caused a true copy of the within Notice of Tag-Along Action to be served on all counsel of record via CM/ECF .

*/s/ Lawrence G. Cetrulo/*
Lawrence G. Cetrulo
BBO # 080000
CETRULO & CAPONE LLP
Two Seaport Lane
Boston, MA 02210
(617) 217-5500

750223v1