## UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

March 26, 2007

Michael E. Kunz, Clerk
2609 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

Re: MDL-875 -- In re Asbestos Products Liability Litigation (No. VI)

(See Attached CTO-275)

Dear Mr. Kunz:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on <u>March 8, 2007</u>. As stipulated in Rule 7.4(a) of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

**The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By: *Teresa Bishop*
Deputy Clerk

Attachments

cc:   Transferee Judge:    Judge James T. Giles
      Transferor Judges:   (See Attached List of Judges)
      Transferor Clerks:   (See Attached List of Clerks)

JPML Form 36A

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR - 8 2007

FILED
CLERK'S OFFICE

DOCKET NO. 875

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-275)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 81,832 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAR 2 6 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## SCHEDULE CTO-275 - TAG-ALONG ACTIONS
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

DIST. DIV. C.A. #          CASE CAPTION

**ARKANSAS WESTERN**
~~ARW 2 07-2004~~          ~~Eddie Joe Wooten, et al. v. CertainTeed Corp., et al.~~ Opposed 3/23/07

**CALIFORNIA EASTERN**
CAE 1 07-85               Calvin Hobbs v. Burlington Northern & Santa Fe Railway Co.

**CALIFORNIA NORTHERN**
~~CAN 3 07-241~~           ~~Carla Groce, et al. v. Todd Shipyards Corp., et al.~~ Opposed 3/21/07
~~CAN 3 07-702~~           ~~Geraldine Burton, et al. v. A.W. Chesterton Co., et al.~~ Opposed 3/26/07

**FLORIDA NORTHERN**
FLN 3 06-479              James Timothy Prescott, etc. v. A.W. Chesterton Co., et al.

**ILLINOIS CENTRAL**
ILC 1 06-1308             Nadra O'Keefe, etc. v. AGA Gas Inc., et al.

**ILLINOIS SOUTHERN**
~~ILS 3 06-1058~~          ~~Jack Franklin v. CSX Transportation, Inc.~~ Opposed 3/23/07
ILS 3 07-1                Steven Gray, et al. v. BNSF Railway Co.

**KENTUCKY WESTERN**
KYW 3 07-65               Robert Moeller, et al. v. Garlock Sealing Technologies, LLC, et al.

**LOUISIANA EASTERN**
LAE 2 06-10560            Auter Earl Barney v. Insurance Co. of North America., et al.
~~LAE 2 07-577~~           ~~Shirley Sommers, et al. v. Air Liquide-Big Three, Inc., et al.~~ Vacated 3/22/07

**MASSACHUSETTS**
MA 1 05-11149             Robert Grazioso, et al. v. Metropolitan Life Insurance Co., et al.
MA 1 06-10270             Gary Anderson, etc. v. A.W. Chesterton Co., et al.
MA 1 06-11064             Pamela V. Koger v. A.W. Chesterton Co., et al.
MA 1 06-11148             John F Welch, Jr., etc. v. Metropolitan Life Insurance Co., et al.

**MARYLAND**
~~MD 1 06-3319~~           ~~Linda Hudson, et al. v. Rapid-American Corp., et al.~~ Opposed 3/26/07

**MISSOURI WESTERN**
MOW 6 06-3472             Larry F. Schauf, et al. v. 3M Co., et al.

**MISSISSIPPI SOUTHERN**
MSS 1 07-20               Robert Irving v. ITT Corp., et al.
MSS 1 07-23               Felicia White, et al. v. Owens-Illinois, Inc., et al.
MSS 1 07-59               Lula Adams Grant v. William Powell International Sales Corp., et al.

**NORTH CAROLINA MIDDLE**
NCM 1 07-56               Peggy R. Morgan v. Borg-Warner Corp., et al.
NCM 1 07-101              John Wilburn Sheets, et al. v. Aqua-Chem, Inc., et al.
NCM 1 07-102              Brenda T. Caudle, etc. v. Aqua-Chem, Inc., et al.

SCHEDULE CTO-275 - TAG ALONG ACTIONS - MDL-875                                          Page 3 of 5

DIST. DIV. C.A. #              CASE CAPTION

PENNSYLVANIA WESTERN
  PAW 2 07-40                  Dorsey D. Weikert, Jr. v. Consolidated Rail Corp., et al.

SOUTH CAROLINA
  SC 0 07-30                   Walter Steve Robinson, et al. v. Aqua-Chem, Inc., et al.
  SC 0 07-34                   Roger Dale Melton, et al. v. Aqua-Chem, Inc., et al.
  SC 0 07-240                  Kenneth Wayne McDonald, et al. v. Aqua-Chem, Inc., et al.
  SC 0 07-242                  Wayne Brian Madsen, et al v. Aqua-Chem, Inc., et al.
  SC 0 07-257                  Neil Mitchell Nolen, et al v. Aqua-Chem, Inc., et al.
  SC 0 07-258                  Howard Benjamin Hodge, et al. v. Aqua-Chem, Inc., et al.
  SC 0 07-348                  Harold Gene Heath, et al. v. Aqua-Chem, Inc., et al.
  SC 0 07-440                  Fred Ray Baker, Sr., et al. v. Aqua-Chem, Inc., et al.
  SC 2 06-1113                 Joann P. Howard, etc. v. Owens-Illinois, Inc., et al.
  SC 2 07-337                  Harold L. Albertson, et al. v. Bayer CropScience, Inc., et al.
  SC 2 07-338                  James Herman Collins v. Bayer CropScience, Inc., et al.
  SC 2 07-468                  Thelma G. Campbell, etc v Owen-Illinois, Inc., et al
  SC 6 07-241                  Ernest Hoyt Horne, et al. v Aqua-Chem, Inc., et al.
  SC 7 07-32                   Mickey Lane Standridge, et al. v. Aqua-Chem, Inc., et al.
  SC 7 07-33                   James Edward Parker, et al. v. Aqua-Chem, Inc., et al.
  SC 7 07-36                   Roy Wade Seagle, et al. v. Aqua-Chem, Inc., et al.
  SC 7 07-367                  Dennis Silvers, et al. v. Aqua-Chem, Inc., et al.
  SC 7 07-393                  William E. Dover, et al. v. Aqua-Chem Inc., et al.
  SC 7 07-439                  Billy Ray Gordon, et al. v. Aqua-Chem, Inc., et al.
  SC 8 06-570                  Walter David James, et al. v. Aqua-Chem, Inc., et al.
  SC 8 06-941                  William Maurice Gould, et al. v. Aqua-Chem, Inc., et al.
  SC 8 06-942                  William Robert Cowart, et al. v. Aqua-Chem, Inc., et al.
  SC 8 07-29                   Stanley Roberts Pope, et al. v. Aqua-Chem, Inc., et al.
  SC 8 07-239                  Tommy Joe King v. Aqua-Chem, Inc., et al.
  SC 8 07-256                  Dennis Hayden McCall, et al. v. Aqua-Chem, Inc., et al.
  SC 8 07-435                  Donny Edward Stewart, et al. v. Aqua-Chem, Inc., et al.
  SC 8 07-436                  Horace Alfred Kelley, et al. v. Aqua-Chem, Inc., et al.
  SC 8 07-437                  Curtis Clinton Mitchum, Jr., et al. v. Aqua-Chem, Inc., et al.

TEXAS NORTHERN
  TXN 4 07-82                  Marsha Geffert, et al. v. CertainTeed Corp., et al.

TEXAS SOUTHERN
  TXS 4 07-130                 Allan Cardwell, et al. v. The Boeing Co., et al.

VIRGINIA EASTERN
  VAE 2 06-9103                Richard W. Grapes v. American Standard, Inc., et al.
  VAE 2 06-9104                Gordon W. Jones v. American Standard, Inc., et al.
  VAE 2 06-9105                William H. Monroe, Jr., etc. (Floyd Raymond Skangel) v. American Standard, Inc., et al.
  VAE 2 06-9106                Lucy S. Ward v. American Standard, Inc., et al.
  VAE 2 06-9107                Margie E. Birmingham v. American Standard, Inc., et al.
  VAE 2 06-9108                Roberto P. Gallegos v. American Standard, Inc., et al.
  VAE 2 06-9109                Terry D. Nealey v. American Standard, Inc., et al.
  VAE 2 06-9110                Richard B. Nelson v. American Standard, Inc., et al.
  VAE 2 06-9111                Floyd C. Olson v. American Standard, Inc., et al.
  VAE 2 06-9112                Charles L. Papke v. American Standard, Inc., et al.
  VAE 2 06-9113                Leon R. Paquette v. American Standard, Inc., et al.
  VAE 2 06-9114                James H. Rickard v. American Standard, Inc., et al.
  VAE 2 06-9115                George D. Ryan v. American Standard, Inc., et al.
  VAE 2 06-9116                Willus C. Stream v. American Standard, Inc., et al.

SCHEDULE CTO-275 - TAG ALONG ACTIONS - MDL-875                                    Page 5 of 5

<u>DIST. DIV. C.A. #</u>                <u>CASE CAPTION</u>

WISCONSIN WESTERN
  WIW 3 06-672                Ernest Crotteau v. Dynegy Corp., et al.

INVOLVED COUNSEL LIST (CTO-275)
DOCKET NO. 875
IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

Richard Damon Albert
Steptoe & Johnson, LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036

Saunders Aldridge
Hunter, MacLean, Exley & Dunn
P.O. Box 9848
200 East St. Julian Street
Savannah, GA 31412-0048

Kevin C. Alexandersen
Gallagher, Sharp, Fulton & Norman
7th Floor
Bulkley Bldg.
1501 Euclid Avenue
Cleveland, OH 44115

Michael S. Allred
Allred Law Firm
P.O. Box 3828
Jackson, MS 39207

Billy D. Anderson
Kent, Good, Anderson & Bush, P.C.
Woodgate I, Suite 200
1121 E.S.E. Loop 323
Tyler, TX 75701

Kay Andrews
Brown McCarroll
111 Congress Avenue
Suite 1400
Austin, TX 78701-4043

Kenneth M. Argentieri
Kirkpatrick & Lockhart Preston Gates
Ellis, LLP
1500 Oliver Building
Pittsburgh, PA 15222

L. John Argento
Dickie, McCamey & Chilcote
Two PPG Place
Ste. 400
Pittsburgh, PA 15222-5402

Curtis R. Bailey
Kurowski, Bailey & Shultz, LLC
24 Bronze Pointe
Swansea, IL 62226

Auter Earl Barney
517 Cherry Avenue
Jackson, AL 36545

Jeffrey A. Barnwell
Leath, Bouch & Crawford
134 Meeting Street
P.O. Box 59
Charleston, SC 29402

Gino F. Battisti
Foley & Mansfield, PLLP
1001 Highlands Plaza Drive West
Suite 400
St. Louis, MO 63110

Mark J. Becker
Hullverson Law Firm
1010 Market
Suite 1550
St. Louis, MO 63101

Mary Jo Bellew
Saul Ewing, LLP
Centre Square West
1500 Market Square
38th Floor
Philadelphia, PA 19102

Yvonne D. Bennett
Bunda, Stutz & DeWitt
Ste. 650
One Seagate
Toledo, OH 43604

Matthew Phineas Bergman
Bergman & Frockt
702 Second Avenue
Suite 1601
Seattle, WA 98104

Jeffrey Noel Berman
Rumberger, Kirk & Caldwell
80 SW 8th Street
Suite 3000
Miami, FL 33130

V. Brian Bevon
Motley Rice, LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

Ali Abed Beydoun
Carr Maloney, PC
1615 L Street NW
Suite 500
Washington, DC 20036

Gary A. Bezet
Kean, Miller, Hawthorne,
D'Armond, et al.
One American Place
22nd Floor
P.O. Box 3513
Baton Rouge, LA 70821-3513

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

John G. Bissell
Strong, Pipkin, Bissell & Ledyard
1301 McKinney
Suite 2100
Houston, TX 77002

Janet W. Black
Ward Black, P.A.
208 West Wendover Ave.
Greensboro, NC 27401-1307

W.C. Blanton
Blackwell Sanders Peper Martin
4801 Main Street
Suite 1000
Kansas City, MO 64112

Timothy W. Bouch
Leath, Bouch & Crawford
134 Meeting Street
P.O. Box 59
Charleston, SC 29402-0059

Susan S. Box
Roetzel & Andress
Ste. 400
222 South Main Street
Akron, OH 44308

Ernest W. Boyd, Jr.
Mehaffy & Weber, P.C.
One Allen Center, Suite 1200
500 Dallas
Houston, TX 77002

INVOLVED COUNSEL LIST (CTO-275) - MDL-875                                                                 Page 3 of 12

Michael T. Crawford
1217 Waterford Ct.
Tyler, TX 75703

James E. Culhane
Davis & Kuelthau, S.C.
111 E. Kilbourn Avenue
Suite 1400
Milwaukee, WI 53202-6613

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella St
Pittsburgh, PA 15212

Stephen H. Daniels
McMahon, DeGulis, Hoffman
& Lombardi
The Caxton Building
812 Huron Road, East
Suite 650
Cleveland, OH 44115-1126

Elizabeth N Davis
Roetzel & Andress
Ste. 400
222 South Main Street
Akron, OH 44308

H Lee Davis, Jr
Davis & Hamrick, L.L.P.
P.O. Drawer 20039
Winston-Salem, NC 27120-0039

William Pearce Davis
Baker, Ravenel & Bender
P.O. Box 8057
Columbia, SC 29202

Paul Joseph Day
Piper Rudnick, LLP
6225 Smith Avenue
Baltimore, MD 21209-3600

Jessica M. Dean
Rasansky Law Firm
2525 McKinnon
Suite 725
Dallas, TX 75201

Brad Dejardin
444 South Flower Street
Los Angeles, CA 90007

Mark O. Denehy
Adler, Pollock & Sheehan
One Citizens Plaza
8th Floor
Providence, RI 02903-1345

Anna M. DiLonardo
Weiner & Lesniak, LLP
888 Veterans Memorial Highway
Suite 540
Hauppauge, NY 11788

Thomas L. Doran
DeCaro, Doran, Siciliano,
Gallagher, et.al.
4601 Forbes Boulevard
Suite 200
P.O. Box 40
Lanham, MD 20703

George C. Doub, Jr.
George C. Doub, PC
12 West Madison Street
Baltimore, MD 21201-5231

Thomas E. Dover
Gallagher, Sharp, Fulton & Norman
1501 Euclid Avenue
7th Floor, Bulkley Building
Cleveland, OH 44115

Kathleen F Drew
Adams & Reese, LLP
701 Poydras Street
Suite 4500
New Orleans, LA 70139

Michael W. Drumke
Schiff Hardin, LLP
233 South Wacker Drive
6600 Sears Tower
Chicago, IL 60606

Katherine S. Duyer
Gavett & Datt, P.C.
15850 Crabbs Branch Way
Suite 180
Rockville, MD 20855

Paul E. Dwyer, Jr.
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence, RI 02903

Michael D. Eagen
Dinsmore & Shohl
1900 Chemed Center
255 East Fifth Street
Cincinnati, OH 45202

Theodore M. Eder
Segal, McCambridge, Singer
& Mahoney, Ltd.
805 3rd Avenue
19th Floor
New York, NY 10022

Gary D. Elliston
DeHay & Elliston, L.L.P.
3500 Bank of America Plaza
901 Main Street
Dallas, TX 75202-3736

Scott R. Emery
Lynch Daskal Emery, LLP
264 West 40th Street
New York, NY 10018

Nicholas L. Evanchan, Jr.
Evanchan & Palmisano
1225 West Market Street
Akron, OH 44313

Julie R. Evans
Wilson, Elser, Moskowitz, Edelman
& Dicker, LLP
150 East 42nd Street
New York, NY 10017-5639

C. Michael Evert, Jr.
Evert Weathersby & Houff, LLC
3405 Piedmont Road, N.E.
Suite 225
Atlanta, GA 30305-1764

John J. Fanning
Cullen & Dykman Bleakley Platt, LLP
177 Montague Street
Brooklyn, NY 11201

John R. Felice
Pierce, Davis & Perritano, L.L.P.
Ten Winthrop Square
Boston, MA 02110

Loring I. Fenton
Greenberg Traurig, LLP
MetLife Building
200 Park Avenue
15th Floor
New York, NY 10166

INVOLVED COUNSEL LIST (CTO-275) - MDL-875                                              Page 5 of 12

| | | |
|---|---|---|
| Samuel D. Habeeb<br>Forman, Perry, Watkins, Krutz<br>& Tardy, PLLC<br>P.O. Box 22608<br>Jackson, MS 39225-2608 | Max S. Hartz<br>McCarroll, Nunley & Hartz<br>111 East Third Street<br>P.O. Box 925<br>Owensboro, KY 12302 | Laura K. Hong<br>Squire, Sanders & Dempsey, L.L.P.<br>4900 Society Center<br>127 Public Square<br>Cleveland, OH 44114 |
| Katrina M. Hall<br>Aultman, Tyner & Ruffin, Ltd.<br>315 Hemphill Street<br>P.O. Drawer 750<br>Hattiesburg, MS 39403-0750 | Robin E. Harvey<br>Baker & Hostetler<br>Ste. 3200<br>312 Walnut Street<br>Cincinnati, OH 45202 | Stephen Clark Howell<br>Brown Dean Wiseman Proctor Hart<br>& Howell<br>306 W. 7th Street<br>Suite 200<br>Fort Worth, TX 76102 |
| Barbara S. Hamelburg<br>Foley Hoag, LLP<br>155 Seaport Boulevard<br>Seaport World Trade Center West<br>Boston, MA 02210-2600 | Anthony C. Hayes<br>Nelson Mullins Riley & Scarborough<br>P.O. Box 11070<br>Columbia, SC 29211-1070 | Jeffrey P. Hubbard<br>Wells, Moore, Simmons & Hubbard<br>P.O. Box 1970<br>Jackson, MS 39215-1970 |
| Susan M. Hansen<br>Brownson & Ballou<br>225 South Sixth Street<br>Suite 4800<br>Minneapolis, MN 55402 | Jeffrey A. Healy<br>Arter & Hadden<br>1100 Huntington Bldg.<br>925 Euclid Avenue<br>Cleveland, OH 44115-1475 | George L. Inabinet, Jr.<br>Pierce, Herns, Sloan & McLeod<br>P.O. Box 22437<br>Charleston, SC 29413 |
| Kip A. Harbison<br>Glasser & Glasser, PLC<br>Crown Center Building<br>Suite 600<br>580 East Main Street<br>Norfolk, VA 23510 | Richard E. Heifetz<br>Governo Law Firm, LLC<br>260 Franklin Street<br>Boston, MA 02110<br><br>Jennifer Boyd Herlihy<br>Adler, Cohen, Harvey, Wakeman<br>& Guekguezian, LLP<br>75 Federal Street<br>10th Floor<br>Boston, MA 02110 | Susan A Jackson<br>265 Congress Street<br>Boston, MA 02109<br><br>Eric J. Jacobi<br>Clay, Kenealy, Wagner & Adams<br>462 South Fourth Avenue<br>1730 Meidinger Tower<br>Louisville, KY 40202 |
| Scott Harford<br>Lynch Daskal Emery, LLP<br>264 West 40th Street<br>New York, NY 10018 | | Frederick J. Jekel<br>Motley Rice, LLC<br>28 Bridgeside Blvd.<br>P.O. Box 1792<br>Mount Pleasant, SC 29465 |
| Yvette Harmon<br>McGuireWoods, LLP<br>1345 Avenue of the Americas<br>7th Floor<br>New York, NY 10105 | Josephine H. Hicks<br>Parker, Poe, Adams & Bernstein, LLP<br>Three Wachovia Center<br>401 South Tryon Street<br>Suite 3000<br>Charlotte, NC 28202 | Arthur Timothy Jones<br>Hawkins & Parnell, LLP<br>4000 SunTrust Plaza<br>300 Peachtree Street, N.E.<br>Atlanta, GA 30308-3243 |
| Raymond P. Harris, Jr.<br>Schacter Harris<br>600 N. Pearl Street<br>Suite 2300<br>Dallas, TX 75201-2832 | Christina T. Hidek<br>Sutter, O'Connell, Mannion & Farchi<br>3600 Erieview Tower<br>1301 East Ninth Street<br>Cleveland, OH 44114 | John M. Jordan<br>Gardere, Wynne & Sewell, L.L P<br>1601 Elm<br>Suite 3000<br>Dallas, TX 75201 |
| Robert P. Harris<br>Law Office Of Robert P. Harris<br>180 N. Michigan Avenue<br>Suite 2105<br>Chicago, IL 60601 | Andrew M. Higgins<br>Casner & Edwards<br>303 Congress & Edwards, LLP<br>Boston, MA 02110<br><br>James P. Hoban<br>Bowditch & Dewey, LLP<br>311 Main Street<br>P.O. Box 15156<br>Worcester, MA 01615 | Thomas C. Junker<br>Junker, Taddeo & Sturm, PLC<br>17 West Cary Street<br>Richmond, VA 23220 |

INVOLVED COUNSEL LIST (CTO-275) - MDL-875                                    Page 7 of 12

Melissa M. Leon
Dehay & Elliston
901 Main Street
Suite 3500
Dallas, TX 75202-3736

Nicole E. Lewis
Tucker Ellis & West
1150 Huntington Bldg.
925 Euclid Avenue
Cleveland, OH 44115

Gene Locks
Locks Law Firm, LLC
1500 Walnut Street
Philadelphia, PA 19102

F. Ford Loker, Jr.
Miles & Stockbridge
10 Light Street
Baltimore, MD 21202

April M. Luna
Adler, Pollock & Sheehan, PC
175 Federal Street
Boston, MA 02110

Steven Andrew Luxton
Edwards, Burns & Krider, LLP
201 N. Charles Street
Suite 1402
Baltimore, MD 21201

Neil J. MacDonald
Hartel Kane Desantis MacDonald
& Howie LLP
6301 Ivy Lane, Suite 800
Greenbelt, MD 20770

Genevieve MacSteel
McGuireWoods, LLP
1345 Avenue of the Americas
7th Floor
New York, NY 10105

Barbara E. Machin
Bunda, Stutz & Dewitt
3295 Levis Commons Blvd.
Perrysburg, OH 43551

Zoran Malesevic
Thorton & Naumes
100 Summer Street
30th Floor
Boston, MA 02110

Richard P. Marin
Marin Goodman, LLP
40 Wall Street
New York, NY 10005

Don David Martinson
Fanning, Harper & Martinson
2 Energy Square
4849 Greenville Avenue
Suite 1300
Dallas, TX 75206

Karen L. Mascio
Willman & Arnold
705 McKnight Park Drive
Pittsburgh, PA 15237

Floyd L. Matthews, Jr.
Spohrer Wilner, P.A
701 West Adams Street
Suite 2
Jacksonville, FL 32204

Alexander J. May
Brassel & Baldwin
112 West Street
Annapolis, MD 21401

George S. McCall
Kern & Wooley, LLP
5215 North O'Connor Road
Suite 1700
Irving, TX 75039

Moffatt Grier McDonald
Haynsworth Sinkler Boyd, P.A.
P.O. Box 2048
Greenville, SC 29602

Nancy McDonald
McElroy, Deutsch, Mulvaney
& Carpenter
P.O. Box 2075
1300 Mount Kemble Ave.
Morristown, NJ 07962

Lawrence McGivney
McGivney & Kluger, P.C.
80 Broad Street
23rd Floor
New York, NY 10004

Matthew M. Mendoza
Calfee, Halter & Griswold
1400 McDonald Investment Center
800 Superior Aveneue
Cleveland, OH 44114-2688

Daniel J. Michalec
Gallagher, Sharp, Fulton & Norman
Bulkley Building
7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Jonathan Scott Miles
Williams Mullen
999 Waterside Dr.
Suite 1700
Norfolk, VA 23510

James T. Millican, II
Weston Hurd
1900 Tower at Erieview
1301 East Ninth Street
Cleveland, OH 44114-1862

Lewis Charles Miltenberger
Miltenberger Dettmer, PLLC
108 W. 8th Street
Suite 500
Forth Worth, TX 76102

John D. Mismas
Bevan and Associates
10360 Northfield Road
Northfield, OH 44067

Alan Powers Moore
Martin Disiere Jefferson & Wisdom
900 Jackson Street
Suite 710
Dallas, TX 75202

Lacey M. Moore
Nexsen, Pruet, Adams, Kleemeier
201 South Tryon Street
Suite 1200
Charlotte, NC 28202

Steven B. Moore
Rasmussen Willis Dickey & Moore
9200 Ward Parkway
Suite 310
Kansas City, MO 64114

Joseph J. Morford
Tucker Ellis & West, LLP
Huntington Building
925 Euclid Avenue
Suite 1150
Cleveland, OH 44115-1475

INVOLVED COUNSEL LIST (CTO-275) - MDL-875                                                                                          Page 9 of 12

Jason Reed
Shults Law Firm, LLP
200 West Capitol
Suite 1600
Little Rock, AR 72201

William C. Reeves
Smith, Reeves & Yarborough, PLLC
6360 I-55 North
Suite 201
Jackson, MS 39211

Kurt E. Reitz
Thompson & Coburn
525 West Main Street
P.O. Box 750
Belleville, IL 62222

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Noe Reyna
Connelly, Baker, et al.
700 Louisiana
Suite 1850
Houston, TX 77002-2778

Karen M. Rheingans
Segal, McCambridge, Singer
 & Mahoney, Ltd.
330 North Wabash Avenue
Suite 200
Chicago, IL 60611-3514

Joseph A. Rhodes, Jr
Ogletree, Deakins, Nash, Smoak
& Stewart, P.C.
P.O. Box 2757
Greenville, SC 29602

Kenneth D. Rhodes
Kacal, Adams & Law
America Tower
One Riverway
Suite 1200
Houston, TX 77056

Stephen Jeffrey Riegel
Wietz & Luxenberg, P.C.
180 Maiden Lane
New York, NY 10038-4925

Crystal G. Roach
1445 Ross Avenue
Suite 3600
Dallas, TX 75202

Theodore F. Roberts
Venable, LLP
210 Allegheny Avenue
Towson, MD 21285-5517

Robert M. Rolfe
Hunton & Williams, LLP
Riverfront Plaza
951 East Byrd Street
Richmond, VA 23219

John J. Ronca, Jr.
Ronca, McDonald & Hanley
5 South Regent Street
Suite 517
Livingston, NJ 07039

Michael D. Rosenberg
Whyte, Hirschboeck & Dudek, SC
555 East Wells Street, Suite 1900
Milwaukee, WI 53202-3819

John D. Roven
Roven-Kaplan, L.L.P.
2190 North Loop West
Suite 410
Houston, TX 77018

Peter J. Rubin
Bernstein Shur
100 Middle Street
P.O. Box 9729
Portland, ME 04104-5029

Syd A. Saloman
Tucker, Heifetz & Saltzman, LLP
Three School Street
Boston, MA 02108

Jennifer Sardina
Davis & Young
1200 Fifth Third Center
600 Superior Avenue, E
Cleveland, OH 44114

Cary Ira Schachter
Whittenburg Whittenburg & Schachter
2300 Plaza of the Americas
600 North Pearl Street
Dallas, TX 75201

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Paul A. Scrudato
Schiff Hardin, LLP
623 Fifth Avenue
Suite 2800
New York, NY 10022

Beth A. Sebaugh
Bonezzi Switzer Murphy Polito
 & Hupp Co., LPA
1300 East Ninth Street
1950 Penton Media Building
Cleveland, OH 44114

Linda R. Self
Brasher Law Firm
One Metropolitan Square
Suite 2300
211 North Broadway
St. Louis, MO 63102

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

William F. Selph, III
Simon Peragine Redfearn & Watson
1200 Washington Avenue
Suite A
Ocean Springs, MS 39564

James W. Sexton
Litchfield Cavo
6 Kimball Lane
Lynnfield, MA 01940

Rhea Hudson Sheldon
Abbott, Simses & Kuchler
210 East Capitol Street
Suite 1090
Jackson, MS 39201

Jason T. Shipp
Goldberg, Persky & White, PC
1030 Fifth Avenue
Third Floor
Pittsburgh, PA 15219

INVOLVED COUNSEL LIST (CTO-275) - MDL-875                                                                 Page 11 of 12

Patrick S. Tracey
Cooley, Manion & Jones, LLP
21 Custom House Street
6th Floor
Boston, MA 02110

Andrew J. Trevelise
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Keith R. Truffer
Royston, Mueller, McLean & Reid
102 W. Pennsylvania Avenue
Suite 600
Towson, MD 21204

Berlin Tsai
Pedley, Zielke, Gordinier & Pence
462 S. Fourth Avenue
2000 Medinger Tower
Louisville, KY 40202

James Derek Turrietta
Stackhouse Smith & Nexsen
P.O. Box 3640
555 E. Main Street
Norfolk, VA 23514

John C. Valenti
Butzel Long
150 W. Jefferson Avenue
Suite 100
Detroit, MI 48226

Michael P. Vanderford
Anderson, Murphy & Hopkins, L.L.P
First Commerical Bldg.
400 West Capitol Avenue
Suite 2640
Little Rock, AR 72201

Carey R. Varnado
Montague, Pittman & Varnado
P.O. Drawer 1975
Hattiesburg, MS 39403-1975

Gerard E. Voyer
Taylor & Walker, P.C.
1300 First Virginia Tower
555 Main Street
P.O. Box 3490
Norfolk, VA 23514-3490

Andrew S. Wainwright
Thornton & Naumes, L.L.P.
100 Summer Street
30th Floor
Boston, MA 02110

Craig R. Waksler
Taylor, Duane, Barton & Gilman, LLP
160 Federal Street
5th Floor
Boston, RI 02110

Mark Hedderman Wall
Elmore & Wall
P.O. Box 1200
Charleston, SC 29402

Gretchen Wallace
Hepler, Broom, MacDonald,
Hebrank, et al.
800 Market Street
Suite 2300
St. Louis, MO 63101-2029

Mona L. Wallace
Wallace & Graham, P.A.
525 North Main Street
Salisbury, NC 28144

Margaret F. Ward
Moore & Jackson, LLC
305 Washington Avenue
Suite 401
Baltimore, MD 21204

Kirk G. Warner
Smith, Anderson, Blount, Dorsett, et al.
P.O Box 2611
2500 Wachovia Capitol Center
Raleigh, NC 27602-2611

Richard N. Watts
Watts, Donovan & Tilley, P.A.
200 South Commerce Street
Suite 200
Little Rock, AR 72201-1769

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Edward J. Wilbraham
Wilbraham, Lawler & Buba
1818 Market Street
Suite 3100
Philadelphia, PA 19103-3631

Trevor J. Will
Foley & Lardner, LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202-5306

Anthony M. Williams
Kean, Miller, Hawthorne,
D'Armond, et al.
909 Podras Street
Suite 1450
New Orleans, LA 70112

Stephen B. Williamson
Van Winkle, Buck, Wall, Starnes
& Davis, P.A.
11 N. Market Street
P.O. Box 7376
Ashville, NC 28802-7376

Russell B. Winburn
Odom Law Firm, P.A.
No. 1 East Mountain Street
P.O. Drawer 1868
Fayetteville, AR 72702

Dawn M. Wright
Thompson & Knight, LLP
1700 Pacific Ave.
Suite 3300
Dallas, TX 75201

Wendellyn Wright
Rasmussen, Willis, Dickey & Moore
9200 Ward Parkway
Suite 310
Kansas City, MO 64114

George D. Yaron
Yaron & Associates
601 California Street
21st Floor
San Francisco, CA 94111

Linda Yassky
Sonnenschein, Nath & Rosenthal, LLP
1221 Avenue of the Americas
24th Floor
New York, NY 10020

Judith A. Yavitz
Anderson, Kill & Olick, P.C.
1251 Avenue of the Americas
44th Floor
New York, NY 10020-1182

INVOLVED JUDGES LIST (CTO-275)
DOCKET NO. 875
IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

~~Hon. Lance M. Africk~~
~~U.S. District Judge~~
~~C-405 Hale Boggs Federal Building~~
~~& U.S. Courthouse~~
~~500 Poydras Street~~
~~New Orleans, LA 70130~~

Hon. Joseph F. Anderson, Jr.
Chief Justice, U.S. District Court
Matthew F. Perry U S. Courthouse
901 Richland Street, 3rd Floor
Columbia, SC 29201

Hon. James G. Carr
Chief Judge, U.S. District Court
210 U.S. Courthouse
1716 Spielbusch Avenue
Toledo, OH 43624

Hon. Joy Flowers Conti
U.S. District Judge
5250 U.S. Post Office & Courthouse
700 Grant Street
Pittsburgh, PA 15219

~~Hon. Robert T. Dawson~~
~~U.S. District Judge~~
~~U.S. District Court~~
~~P.O. Box 1624~~
~~Fort Smith, AR 72902-1624~~

Hon. Sandra J. Feuerstein
U.S. District Judge
U.S. District Court
P.O. Box 9014
Central Islip, NY 11722-9014

Hon. Jerome B. Friedman
U.S. District Judge
Walter E. Hoffman U.S. Courthouse
600 Granby Street
Norfolk, VA 23510-1915

Hon. Nancy Gertner
U.S. District Judge
4130 U.S. Courthouse
One Courthouse Way
Boston, MA 02210

Hon. Walter J. Gex III
Senior U.S. District Judge
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 714
Gulfport, MS 39501

Hon. Vanessa D. Gilmore
U.S. District Judge
9513 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. I. Leo Glasser
Senior U.S. District Judge
921 U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Hon. Patricia J. Gorence
U.S. Magistrate Judge
264 U.S. Courthouse
517 East Wisconsin Avenue
Milwaukee, WI 53202

Hon. John G. Heyburn, II
Chief Judge, U.S. District Court
239 Gene Snyder U.S. Courthouse
601 West Broadway
Louisville, KY 40202

~~Hon. Henry E. Hudson~~
~~U.S. District Judge~~
~~U.S. District Court~~
~~112 Lewis F. Powell, Jr.~~
~~U.S. Courthouse~~
~~1000 East Main Street~~
~~Richmond, VA 23219~~

~~Hon. Susan Yvonne Illston~~
~~U.S. District Judge~~
~~Phillip Burton U.S. Courthouse~~
~~Suite 19-5424~~
~~450 Golden Gate Avenue~~
~~San Francisco, CA 94102-3434~~

Hon. Sterling Johnson, Jr.
Senior U.S. District Judge
720 S United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Hon. Ricardo S. Martinez
U.S. District Judge
13134 United States Courthouse
700 Stewart Street
Seattle, WA 98101-1271

Hon. Joe B. McDade
U.S. District Judge
127 Federal Building
100 N.E. Monroe
Peoria, IL 61601

~~Hon. Colleen McMahon~~
~~U.S. District Judge~~
~~U.S. Courthouse, 5th Floor~~
~~300 Quarropas Street~~
~~White Plains, NY 10601~~

Hon. Terry R. Means
U.S. District Judge
201 U.S. Courthouse
501 West 10th St.
Fort Worth, TX 76102

~~Hon. J. Frederick Motz~~
~~U.S. District Judge~~
~~101 West Lombard Street~~
~~510 Edward A. Garmatz Federal Building~~
~~& U.S. Courthouse~~
~~Baltimore, MD 21201-2690~~

Hon. William L. Osteen, Sr.
Senior U.S. District Judge
U.S. District Court
P.O. Box 3485
Greensboro, NC 27402-3485

~~Hon. Michael J. Reagan~~
~~U.S. District Judge~~
~~200 Melvin Price Fed. Bldg.~~
~~& U.S. Courthouse~~
~~750 Missouri Avenue~~
~~E. St. Louis, IL 62201~~

Hon. M. Casey Rodgers
U.S. District Judge
U.S. District Court
One North Palafox Street
Suite 460
Pensacola, FL 32501-5625

Hon. John C. Shabaz
U.S. District Judge
P.O. Box 591
Madison, WI 53701

## INVOLVED CLERKS LIST (CTO-275)
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

Bruce Rifkin, Clerk
U.S. Courthouse
700 Stewart Street
Seattle, WA 98101

~~Christopher R. Johnson, Clerk~~
~~U.S. District Court~~
~~P.O. Box 1547~~
~~Fort Smith, AR 72902-1547~~

~~Felicia C. Cannon, Clerk~~
~~Edward A. Garmatz Federal Building~~
~~& U.S. Courthouse~~
~~101 W. Lombard Street~~
~~Baltimore, MD 21201-2690~~

Fernando Galindo, Acting Clerk
193 Walter E. Hoffman
U.S. Courthouse
600 Granby Street
Norfolk, VA 23510-1915

~~Fernando Galindo, Acting Clerk~~
~~307 Lewis F. Powell, Jr.~~
~~U.S. Courthouse~~
~~1000 East Main Street~~
~~Richmond, VA 23219-3525~~

Frank G. Johns, Clerk
309 U.S. Courthouse
Veach-Baley Federal Complex
100 Otis Street
Asheville, NC 28801

Geri M. Smith, Clerk
United States District Court
2-161 Carl B. Stokes U.S. Courthouse
801 West Superior Avenue
Cleveland, OH 44113

~~J. Michael McMahon, Clerk~~
~~Daniel Patrick Moynihan~~
~~U.S. Courthouse~~
~~500 Pearl Street~~
~~New York, NY 10007-1312~~

J.T. Noblin, Clerk
U.S. District Court
672 Judge Dan M. Russell, Jr.
U.S. Courthouse
2010 15th Street, Suite 403
Gulfport, MS 39501

Jack L. Wagner, Clerk
5000 U.S. Courthouse
1130 O Street
Fresno, CA 93721

Jeffrey A. Apperson, Clerk
106 Gene Snyder U.S. Courthouse
601 West Broadway
Louisville, KY 40202

John Brubaker, Clerk
P.O. Box 2708
Greensboro, NC 27402-2708

John M. Waters, Clerk
309 Federal Building
100 N.E. Monroe Street
Peoria, IL 61602

Joseph W. Skupniewitz, Clerk
U.S. District Court
P.O. Box 432
Madison, WI 53701-0432

Karen S. Mitchell, Clerk
310 U.S. Courthouse
501 West 10th Street
Fort Worth, TX 76102-3643

Larry W. Propes, Clerk
P.O. Box 835
Charleston, SC 29402-9835

Larry W. Propes, Clerk
Matthew J. Perry, Jr. Courthouse
901 Richland Street
Columbia, SC 29201-2328

Larry W. Propes, Clerk
P.O. Box 10768
Greenville, SC 29603-0768

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

Michael N. Milby, Clerk
United States District Court
P.O. Box 61010
Houston, TX 77208-1010

~~Norbert G. Jaworski, Clerk~~
~~U.S. District Court~~
~~P.O. Box 249~~
~~E. St. Louis, IL 62202-0249~~

Patricia L. Brune, Clerk
1400 U.S. Courthouse
222 N. John Q. Hammons Parkway
Springfield, MO 65806

~~Richard W. Wieking, Clerk~~
~~Phillip Burton U.S. Courthouse~~
~~Box 36060~~
~~450 Golden Gate Avenue~~
~~San Francisco, CA 94102-3489~~

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Robert V. Barth, Jr., Clerk
U.S. District Court
P.O. Box 1805
Pittsburgh, PA 15230-1805

Sarah Thornton, Clerk
Clerk's Office - Attn: Sherry Jones
U.S. District Court
595 Main Street
Worcester, MA 01608

Sofron B. Nedilsky, Clerk
362 U.S. Courthouse
& Federal Building
517 East Wisconsin Avenue
Milwaukee, WI 53202

William M. McCool, Clerk
226 U.S. Courthouse
One North Palafax Street
Pensacola, FL 32501-5625