**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF PENNSYLVANIA
US COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1797

FILED
IN CLERKS OFFICE

2007 JUN 22 P 12: 14

U.S. DISTRICT COURT
DISTRICT OF MASS.

June 20, 2007

MICHAEL E. KUNZ
CLERK OF COURT

CLERK'S OFFICE
ROOM 2609
TELEPHONE
(215) 597-7704

Tony Anastas, Clerk
U.S. District Court for the
District of Massachusetts
2300 United States Courthouse
One Courthouse Way
Boston, MA 02210-3002

IN RE:   ASBESTOS PRODUCTS LIABILITY LITIGATION
         MDL 875 CTO-275; DC-MA see attached list

Dear Clerk:

The enclosed Conditional Transfer Order from the Judicial Panel is being sent to you regarding the involved action listed above. This case has been properly identified as multi district litigation asbestos cases.

**PLEASE DO NOT FORWARD ANY OF THE RECORD OR ANY DOCUMENTS TO OUR COURT. WE ALSO DO NOT NEED A COPY OF THE DOCKET OR THIS ORDER RETURNED TO OUR COURT.**

This certified copy is information for your court's records. We have assigned a new case numbers and all future docketing will be conducted in our court. If you have any questions please contact me at (267) 299-7018.

Sincerely,

MICHAEL E. KUNZ
Clerk of Court

*Tom Dempsey*

Tom Dempsey
MDL Docketing Clerk

Enclosure

A CERTIFIED TRUE COPY

MAR 2 6 2007

ATTEST [signature]
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR - 8 2007

FILED
CLERK'S OFFICE

DOCKET NO. 875

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)*

*(SEE ATTACHED SCHEDULE)*

**CONDITIONAL TRANSFER ORDER (CTO-275)**

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 81,832 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

[signature]
Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAR 2 6 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 3.29.07
ATTEST: [signature]
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

# SCHEDULE CTO-275 - TAG-ALONG ACTIONS
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ARKANSAS WESTERN** | |
| ~~ARW 2 07-2004~~ | ~~Eddie Joe Wooten, et al. v. CertainTeed Corp., et al.~~ Opposed 3/23/07 |
| **CALIFORNIA EASTERN** | |
| CAE 1 07-85 | Calvin Hobbs v. Burlington Northern & Santa Fe Railway Co. |
| **CALIFORNIA NORTHERN** | |
| ~~CAN 3 07-241~~ | ~~Carla Groce, et al. v. Todd Shipyards Corp., et al.~~ Opposed 3/21/07 |
| ~~CAN 3 07-702~~ | ~~Geraldine Burton, et al. v. A.W. Chesterton Co., et al.~~ Opposed 3/26/07 |
| **FLORIDA NORTHERN** | |
| FLN 3 06-479 | James Timothy Prescott, etc. v. A.W. Chesterton Co., et al. |
| **ILLINOIS CENTRAL** | |
| ILC 1 06-1308 | Nadra O'Keefe, etc. v. AGA Gas Inc., et al. |
| **ILLINOIS SOUTHERN** | |
| ~~ILS 3 06-1058~~ | ~~Jack Franklin v. CSX Transportation, Inc.~~ Opposed 3/23/07 |
| ILS 3 07-1 | Steven Gray, et al. v. BNSF Railway Co. |
| **KENTUCKY WESTERN** | |
| KYW 3 07-65 | Robert Moeller, et al. v. Garlock Sealing Technologies, LLC, et al. |
| **LOUISIANA EASTERN** | |
| LAE 2 06-10560 | Auter Earl Barney v. Insurance Co. of North America., et al. |
| ~~LAE 2 07-577~~ | ~~Shirley Sommers, et al. v. Air Liquide-Big Three, Inc., et al.~~ Vacated 3/22/07 |
| **MASSACHUSETTS** | |
| MA 1 05-11149 | Robert Grazioso, et al. v. Metropolitan Life Insurance Co., et al. |
| MA 1 06-10270 | Gary Anderson, etc. v. A.W. Chesterton Co., et al. |
| MA 1 06-11064 | Pamela V. Koger v. A.W. Chesterton Co., et al. |
| MA 1 06-11148 | John F Welch, Jr., etc. v. Metropolitan Life Insurance Co., et al. |
| **MARYLAND** | |
| ~~MD 1 06-3319~~ | ~~Linda Hudson, et al. v. Rapid-American Corp., et al.~~ Opposed 3/26/07 |
| **MISSOURI WESTERN** | |
| MOW 6 06-3472 | Larry F. Schauf, et al. v. 3M Co., et al. |
| **MISSISSIPPI SOUTHERN** | |
| MSS 1 07-20 | Robert Irving v. ITT Corp., et al. |
| MSS 1 07-23 | Felicia White, et al. v. Owens-Illinois, Inc., et al. |
| MSS 1 07-59 | Lula Adams Grant v. William Powell International Sales Corp., et al. |
| **NORTH CAROLINA MIDDLE** | |
| NCM 1 07-56 | Peggy R. Morgan v. Borg-Warner Corp., et al. |
| NCM 1 07-101 | John Wilburn Sheets, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 07-102 | Brenda T. Caudle, etc. v. Aqua-Chem, Inc., et al. |

SCHEDULE CTO-275 - TAG ALONG ACTIONS - MDL-875                                    Page 2 of 5

DIST. DIV. C.A. #              CASE CAPTION

NORTH CAROLINA MIDDLE
X  NCM 1 07-105            Grady Vernon Holmes v. Aqua-Chem, Inc., et al.
    NCM 1 07-107            Carl Vernon Allmon, et al. v. Aqua-Chem, Inc., et al.
    NCM 1 07-116            Alden Bryan Pearson, Jr., et al. v. Aqua-Chem, Inc., et al.

NORTH CAROLINA WESTERN
    NCW 1 07-4              Jerry Richard Alexander, et al. v. Aqua-Chem, Inc., et al.
    NCW 1 07-5              Vincent Jerome Brooks, et al. v. Aqua-Chem, Inc., et al.
    NCW 1 07-6              Ricky Alexander Cherry, et al. v. Aqua-Chem, Inc., et al.
    NCW 1 07-7              Paul Rudisill Dellinger, Jr., et al. v. Aqua-Chem, Inc., et al.
    NCW 1 07-8              James Purser Sherrill, et al. v. Aqua-Chem, Inc., et al.
    NCW 1 07-10             Clarence B. Beard, III, et al. v. 3M Co., et al.
    NCW 1 07-13             Johnny James Thrasher, et al. v. Aqua-Chem, Inc., et al.
    NCW 1 07-14             Abraham Norris, et al. v. Aqua-Chem, Inc., et al.
    NCW 1 07-15             Wayne Gordon Murphy, et al. v. Aqua-Chem, Inc., et al.
X  NCW 1 07-25             Roland William Hager, et al. v. Aqua-Chem, Inc., et al.
    NCW 1 07-26             Wade Christopher Kastner, Sr., et al. v. Aqua-Chem, Inc., et al.
    NCW 1 07-27             John Lester Little, Jr., et al. v. Aqua-Chem, Inc., et al.
    NCW 1 07-29             Gene Alphonso McConneaughey v. Aqua-Chem, Inc., et al.
    NCW 1 07-30             David Steven Miller, et al. v. Aqua-Chem, Inc., et al.
    NCW 1 07-31             Todd Howard Sherrill v. Aqua-Chem, Inc., et al.
    NCW 1 07-33             Ernest Blanton Koone, et al. v. Aqua-Chem, Inc., et al.
    NCW 1 07-34             Anthony Dean Hardin, et al. v. Aqua-Chem, Inc., et al.
    NCW 1 07-35             Stephen Andrew Kularski, et al. v Aqua-Chem, Inc., et al.
    NCW 1 07-36             Boyd T. Towery, Jr. v. 3M Co., et al.
    NCW 1 07-37             Kenneth Alan McAlister, et al. v. Aqua-Chem, Inc., et al.
    NCW 1 07-38             Dean McCorkle, et al. v. Aqua-Chem, Inc., et al.
    NCW 1 07-39             Bobby Allen Sims, et al. v. Aqua-Chem, Inc., et al.
    NCW 1 07-46             Randy L. Johnson v. 3M Co., et al.
    NCW 1 07-48             Carroll Lee Munday, et al. v. Aqua-Chem, Inc., et al.
    NCW 1 07-49             Randy Eugene Arrowood, et al. v. Aqua-Chem, Inc., et al.
    NCW 1 07-50             Ronald Lee Hamrick, et al. v. Aqua-Chem, Inc., et al.
    NCW 1 07-51             Dennis Trevior McDowell, et al. v. Aqua-Chem, Inc., et al.
    NCW 1 07-52             James Thomas Honeycutt, et al. v. Aqua-Chem, Inc., et al.
    NCW 1 07-55             Michael E. Tuttle, et al. v. Aqua-Chem, Inc., et al.
    NCW 1 07-57             Linda Faye Bishop v. Aqua-Chem, Inc., et al.
    NCW 1 07-58             James Richard Hood, et al. v. Aqua-Chem, Inc., et al.
    NCW 1 07-59             Reggie Blake Norman, et al. v. Aqua-Chem, Inc., et al.
    NCW 1 07-60             Terry Alvin Devine, Sr., et al. v. Aqua-Chem, Inc., et al.

NEW YORK EASTERN
    NYE 1 07-258            Charles B. Young, et al. v. A.W. Chesterton Co., et al.
    NYE 1 07-260            Lionel E. Cripe, et al. v. A.W. Chesterton Co., et al.
    NYE 1 07-261            Sari J. Gabrielli, etc. v. A.W. Chesterton Co., et al.
    NYE 1 07-262            Bea Aguilar, etc. v. A.W. Chesterton Co., et al.
    NYE 1 07-273            William Prestis, Sr., et al. v. A.W. Chesterton Co., et al.
    NYE 1 07-359            Arlene D. Welch, etc. v. A.W. Chesterton Co., et al.
    NYE 1 07-360            Eleanor Koerner, etc. v. A.W. Chesterton Co., et al.

NEW YORK SOUTHERN
    ~~NYS 1 06-15395~~        ~~Talbot P. Frawley, et al. v. General Electric Co., et al.~~ Opposed 3/23/07

OHIO NORTHERN
    OHN 1 06-10006          Rovert E. Ferguson, et al. v. Lorillard Tobacco Co., Inc., et al.

SCHEDULE CTO-275 - TAG ALONG ACTIONS - MDL-875                                        Page 3 of 5

DIST. DIV. C.A. #              CASE CAPTION

PENNSYLVANIA WESTERN
✗   PAW  2  07-40              Dorsey D. Weikert, Jr. v. Consolidated Rail Corp., et al.

SOUTH CAROLINA
    SC  0  07-30               Walter Steve Robinson, et al. v. Aqua-Chem, Inc., et al.
    SC  0  07-34               Roger Dale Melton, et al. v. Aqua-Chem, Inc., et al.
    SC  0  07-240              Kenneth Wayne McDonald, et al. v. Aqua-Chem, Inc., et al.
    SC  0  07-242              Wayne Brian Madsen, et al v. Aqua-Chem, Inc., et al.
    SC  0  07-257              Neil Mitchell Nolen, et al v. Aqua-Chem, Inc., et al.
    SC  0  07-258              Howard Benjamin Hodge, et al. v. Aqua-Chem, Inc., et al.
    SC  0  07-348              Harold Gene Heath, et al. v. Aqua-Chem, Inc., et al.
    SC  0  07-440              Fred Ray Baker, Sr., et al. v. Aqua-Chem, Inc., et al.
    SC  2  06-1113             Joann P. Howard, etc. v. Owens-Illinois, Inc., et al.
✗   SC  2  07-337              Harold L. Albertson, et al. v. Bayer CropScience, Inc., et al.
    SC  2  07-338              James Herman Collins v. Bayer CropScience, Inc., et al.
    SC  2  07-468              Thelma G. Campbell, etc. v. Owen-Illinois, Inc., et al.
    SC  6  07-241              Ernest Hoyt Horne, et al. v. Aqua-Chem, Inc., et al.
    SC  7  07-32               Mickey Lane Standridge, et al. v. Aqua-Chem, Inc., et al.
    SC  7  07-33               James Edward Parker, et al. v. Aqua-Chem, Inc., et al.
    SC  7  07-36               Roy Wade Seagle, et al. v. Aqua-Chem, Inc., et al.
    SC  7  07-367              Dennis Silvers, et al. v. Aqua-Chem, Inc., et al.
    SC  7  07-393              William E. Dover, et al. v. Aqua-Chem Inc., et al.
    SC  7  07-439              Billy Ray Gordon, et al. v. Aqua-Chem, Inc., et al.
    SC  8  06-570              Walter David James, et al. v. Aqua-Chem, Inc., et al.
    SC  8  06-941              William Maurice Gould, et al. v. Aqua-Chem, Inc., et al.
    SC  8  06-942              William Robert Cowart, et al. v. Aqua-Chem, Inc., et al.
    SC  8  07-29               Stanley Roberts Pope, et al. v. Aqua-Chem, Inc., et al.
    SC  8  07-239              Tommy Joe King v. Aqua-Chem, Inc., et al.
    SC  8  07-256              Dennis Hayden McCall, et al. v. Aqua-Chem, Inc., et al.
    SC  8  07-435              Donny Edward Stewart, et al. v. Aqua-Chem, Inc., et al.
    SC  8  07-436              Horace Alfred Kelley, et al. v. Aqua-Chem, Inc., et al.
    SC  8  07-437              Curtis Clinton Mitchum, Jr., et al. v. Aqua-Chem, Inc., et al.

TEXAS NORTHERN
    TXN  4  07-82              Marsha Geffert, et al. v. CertainTeed Corp., et al.

TEXAS SOUTHERN
    TXS  4  07-130             Allan Cardwell, et al. v. The Boeing Co., et al.

VIRGINIA EASTERN
    VAE  2  06-9103            Richard W. Grapes v. American Standard, Inc., et al.
    VAE  2  06-9104            Gordon W. Jones v. American Standard, Inc., et al.
    VAE  2  06-9105            William H. Monroe, Jr., etc. (Floyd Raymond Skangel) v. American Standard,
                               Inc., et al.
✗   VAE  2  06-9106            Lucy S. Ward v. American Standard, Inc., et al.
    VAE  2  06-9107            Margie E. Birmingham v. American Standard, Inc., et al.
    VAE  2  06-9108            Roberto P. Gallegos v. American Standard, Inc., et al.
    VAE  2  06-9109            Terry D. Nealey v. American Standard, Inc., et al.
    VAE  2  06-9110            Richard B. Nelson v. American Standard, Inc., et al.
    VAE  2  06-9111            Floyd C. Olson v. American Standard, Inc., et al.
    VAE  2  06-9112            Charles L. Papke v. American Standard, Inc., et al.
    VAE  2  06-9113            Leon R. Paquette v. American Standard, Inc., et al.
    VAE  2  06-9114            James H. Rickard v. American Standard, Inc., et al.
    VAE  2  06-9115            George D. Ryan v. American Standard, Inc., et al.
    VAE  2  06-9116            Willus C. Stream v. American Standard, Inc., et al.

SCHEDULE CTO-275 - TAG ALONG ACTIONS - MDL-875                                              Page 4 of 5

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **VIRGINIA EASTERN** | |
| VAE 2 06-9117 | Lawrence R. Watters v. American Standard, Inc., et al. |
| VAE 2 06-9118 | Leroy White v. American Standard, Inc., et al. |
| VAE 2 06-9119 | Eulalio Flores v. American Standard, Inc., et al. |
| VAE 2 06-9120 | James A. Fowlkes v. American Standard, Inc., et al. |
| VAE 2 06-9121 | Venice Linville v. American Standard, Inc., et al. |
| VAE 2 06-9122 | Andrew G. Matson v. American Standard, Inc., et al. |
| VAE 2 06-9123 | Justin E. Miller v. Norfolk Southern Railway Co. |
| VAE 2 06-9124 | Tom K. Wilson v. American Standard, Inc., et al. |
| VAE 2 06-9125 | Darwin W. Bales v. Norfolk Southern Railway Co. |
| VAE 2 06-9126 | Joseph D. Broadhurst, Sr. v. Norfolk Southern Railway Co. |
| VAE 2 06-9127 | Kit H. Loveless v. Norfolk Southern Railway Co. |
| VAE 2 06-9128 | James M. Nickell v. Norfolk Southern Railway Co. |
| VAE 2 07-9129 | Lorenzo G. Dominguez v. American Standard, Inc., et al. |
| VAE 2 07-9130 | James C. Frizzell v. American Standard, Inc., et al. |
| VAE 2 07-9131 | Richard J. Gordon v. American Standard, Inc., et al. |
| VAE 2 07-9132 | M. Edward Heckman v. American Standard, Inc., et al. |
| VAE 2 07-9133 | Arnold W. Hellenberg v. American Standard, Inc., et al. |
| VAE 2 07-9134 | Gilbert S. Hernandez v. American Standard, Inc., et al. |
| VAE 2 07-9135 | Donald E. Jenkins v. American Standard, Inc., et al. |
| VAE 2 07-9136 | Charles L. Kunkleman v. American Standard, Inc., et al. |
| VAE 2 07-9137 | Curtis E. McMorris v. American Standard, Inc., et al. |
| VAE 2 07-9138 | James A. Miller v. American Standard, Inc., et al. |
| VAE 2 07-9139 | Raymond J. Peters v. American Standard, Inc., et al. |
| VAE 2 07-9140 | James M. Phillips v. American Standard, Inc., et al. |
| VAE 2 07-9141 | John T. Swaine v. American Standard, Inc., et al. |
| VAE 2 07-9142 | Ivan Conder v. American Standard, Inc., et al. |
| VAE 2 07-9143 | Thomas C. Ford v. American Standard, Inc., et al. |
| VAE 2 07-9144 | C. L. Hughes v. American Standard, Inc., et al. |
| VAE 2 07-9145 | Paul H. Jean v. American Standard, Inc., et al. |
| VAE 2 07-9146 | Harry L. O'Donnell v. American Standard, Inc., et al. |
| VAE 2 07-9147 | Jack G. O'Donnell v. American Standard, Inc., et al. |
| VAE 2 07-9148 | Clarence W. Pierce v. American Standard, Inc., et al. |
| VAE 2 07-9149 | Carl L. Stewart v. American Standard, Inc., et al. |
| VAE 2 07-9150 | Clifford M. Holwegner v. American Standard, Inc., et al. |
| VAE 2 07-9151 | Richard L. Beasley v. American Standard, Inc., et al. |
| VAE 2 07-9152 | Robert P. Carpineta v. American Standard, Inc., et al. |
| VAE 2 07-9153 | Ronald J. Curin v. American Standard, Inc., et al. |
| VAE 2 07-9154 | Jesse R. Garcia v. American Standard, Inc., et al. |
| VAE 2 07-9155 | William H. Monroe, Jr., etc. (Ronald M. Jones, Jr.) v. American Standard, Inc., et al. |
| VAE 2 07-9156 | Alton J. Hardaway v. American Standard, Inc., et al. |
| VAE 2 07-9157 | Jose L. Otero v. American Standard, Inc., et al. |
| VAE 2 07-9158 | Karl D. Rimer, Sr. v. American Standard, Inc., et al. |
| VAE 2 07-9159 | Donald T. Throenle, Sr. v. American Standard, Inc., et al. |
| VAE 2 07-9160 | Thomas H. Tillett v. American Standard, Inc., et al. |
| VAE 2 07-9161 | Doran R. Brechmann, Sr. v. American Standard, Inc., et al. |
| VAE 2 07-9162 | Calvin S. Redford v. American Standard, Inc., et al. |
| ~~VAE 3 07-68~~ | ~~Barbara Anne Anderson v. Alfa Laval, Inc., et al.~~ Opposed 3/21/07 |
| **WASHINGTON WESTERN** | |
| WAW 2 06-1819 | Frances Baker, et al. v. C.H. Murphy/Clark-Ullman, Inc., et al. |
| **WISCONSIN EASTERN** | |
| WIE 2 06-1169 | Edmund L. Scheffel v. Dynegy Corp., et al. |

SCHEDULE CTO-275 - TAG ALONG ACTIONS - MDL-875                                  Page 5 of 5

<u>DIST. DIV. C.A. #</u>          <u>CASE CAPTION</u>

WISCONSIN WESTERN
  WIW 3  06-672          Ernest Crotteau v. Dynegy Corp., et al.